Lowell E. HOTTMAN, C.L.U., Appellant,

v.

JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.

No. WD 41095.

Missouri Court of Appeals, Western District.

July 25, 1989.

Steward M. Stein and Sonya S. Stokes of Buck, Bohm & Stein, P.C., Kansas City, for appellant.

Gardiner B. Davis of Spencer Fane Britt & Browne, Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

## ORDER

PER CURIAM:

Hottman appeals from the entry of summary judgment against him on Counts I (breach of contract) and III (respondeat superior) of his petition, and the entry of judgment notwithstanding the verdict on Count II (unjust enrichment).

Judgment affirmed. Rule 84.16(b).

Thomas UMPHFREY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41148.

Missouri Court of Appeals, Western District.

July 25, 1989.

Lance R. Drury, Public Defender, St. Joseph, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).